IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TIMOTHY WADE JONES,**

    **Plaintiff,**

v.                                                                **Civil Action No. 2:07cv6**

**DR. J. HAMMOND, DR. J. TENNANT,**
**DR. T. WARREN, DR. BRANSON,**
**KIMBERLY WHITE, AL HAYNES,**
**HARRELL WATTS, A. GERBER,**

    **Defendants.**

## ORDER

It will be recalled that on October 16, 2008, Magistrate Judge Kaull filed his Report and Recommendation, wherein the Plaintiff was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. Plaintiff filed his objections on October 30, 2008.

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Plaintiff in his Complaint, filed pursuant to 42 U.S.C. §1983, wherein Plaintiff alleges that he has been denied proper mental health treatment while in the custody of the Bureau of Prisons, were thoroughly considered by Magistrate Judge Kaull in his Report and Recommendation, as were the issues raised by the Defendants' Motion to Dismiss or for Summary Judgment. Upon review of the Plaintiff's objections, the Court finds that the Plaintiff has not raised any issues that were not already throughly considered and addressed by the Magistrate Judge in his Report and Recommendation. Moreover, the Court, upon an independent <u>de novo</u> consideration of all matters now before it, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that Defendants' Motion to Dismiss or for Summary Judgment (docket #64) shall be, and the same hereby is, **GRANTED**. It is further

**ORDERED** that the Plaintiff's Complaint shall be, and the same hereby is, **DISMISSED WITH PREJUDICE** and that the above-styled civil action shall be **STRICKEN** from the docket of this Court. It is further

**ORDERED** that the Clerk shall enter judgment for the remaining Defendants. It is further

**ORDERED** that Plaintiff's Motion for Counsel (docket #85) shall be, and the same hereby is, **DENIED**. It is further

**ORDERED** that, if Plaintiff should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, Plaintiff may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed in forma pauperis from the United States Court of Appeals for the Fourth Circuit.

The Clerk of the Court is directed to transmit a copy of this Order to all parties appearing herein.

**ENTER**: February   5th  , 2009

                                                      **/s/ Robert E. Maxwell**
                                                    United States District Judge